Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Gibney Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DAVID CREECH,<br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>Defendant. | 6:11-CV-00502-HO<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $17,429.75 pursuant to 42 U.S.C. § 406(b). The previously awarded EAJA fee of $10,945.45 shall be refunded to Plaintiff upon counsel's receipt of the ordered 406(b) fee.

Dated this 31 day of March, 2014.

_____
Michael R. Hogan mcshane
United States District Court Judge